IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00009-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMES EDWARD BRINKMAN | ) | |

This matter is before the Court on "Defendant's Supplemental Sentencing Memorandum." [DE-42.] The Court sentenced Defendant James Edward Brinkman on September 10, 2020. At sentencing, Defendant requested that the commencement of his term of incarceration be staggered with the sentence imposed on Kimberly Renee Brinkman, 5:20-cr-00008-M, and the Court requested supplemental briefing concerning Defendant's request for staggered report dates [DE-39]. The Court has reviewed the supplemental briefing. For good cause shown, it is hereby ORDERED:

The Defendant, James Edward Brinkman, shall surrender to the United States Bureau of Prisons when and as notified by the Court or the United States Marshal's Service. Co-defendant Kimberly Renee Brinkman shall also report when notified by the Court or the United States Marshal's Service, but not earlier than ten (10) months following the surrender of Defendant James Edward Brinkman.

The Court also recommends that Defendant be incarcerated at an institution close to his family in Florida.

Defendant is continued under the same conditions of release until directed to report to the Bureau of Prisons.

SO ORDERED, this the 18th day of September, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE